OSCN Found Document:IN RE: LIMITED VIEWABILITY OF CERTAIN DOCUMENTS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE: LIMITED VIEWABILITY OF CERTAIN DOCUMENTS
2016 OK 111
Decided: 10/31/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 111, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: LIMITED VIEWABILITY OF CERTAIN DOCUMENTS ON THE INTERNET
ORDER
Effective November 1, 2016, the Court of Criminal Appeals adopted Court Rule, 2.6 of the Rules for the Oklahoma Court of Criminal Appeals, CCAD-2016-2, 2016 OK CR 20. In order to provide direction to the Court Clerks and by reason of the adoption of this rule, effective November 1, 2016, the following documents if they contain complete personal identifier numbers, or any return on such documents, after filing in the case file shall be viewable internally, and available at the Court Clerk's office and not viewable on the Internet or World Wide Web:


An Arrest Warrant,
Bench Warrant,
Costs Warrant,
Search Warrant,
Information,
Wildlife Ticket,
Traffic Ticket,
Transcripts of any Criminal proceeding including any Exhibits attached thereto.


The Oklahoma Court Information System (OCIS), The National Crime Information Center (NCIC), Law Enforcement Enterprise Portal (LEEP), National Data Exchange (N-DEX), National Instant Criminal Background Check System (NICS), or any other similar shared data management concept between the federal, state, local, and tribal criminal justice agencies is not considered part of the Internet or World Wide Web for the purposes of this administrative directive.
Each district court has previously been directed in Supreme Court Administrative Directive No. 2009-101 to adopt and use cover sheets in both civil and criminal cases. These cover sheets which accompany each party's initial filing in a case, are to be used by the District Court Clerks to input data for the parties and litigants, in the case management system. These cover sheets are not to be filed, nor made a part of the case, electronically or in hard copy. The clerk of the court shall destroy each cover sheet within thirty days.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 31st day of October, 2016.
/S/CHIEF JUSTICE
CONCUR: REIF, C.J., COMBS, V.C.J., WATT, WINCHESTER, EDMONDSON, COLBERT, and GURICH, JJ.
DISSENT: KAUGER and TAYLOR, JJ.




 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Oklahoma Court of Criminal Appeals Cases
 Cite
Name
Level

 2016 OK CR 20, REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS
Cited